## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ALFREDO WILLIAMS,**

     **Plaintiff,**

**v.**                                     **Case No. 4:19-cv-166-AW-CAS**

**WARDEN R. CONNORS, et al.,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's October 9, 2019 Report and Recommendation. ECF No. 17. No objections have been filed. The Court has concluded the Report and Recommendation should be accepted. It is therefore ordered:

1.    The Report and Recommendation (ECF No. 17) is accepted and adopted as the Court's order.

2.    The Clerk shall enter a judgment stating: "This case is dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."

3.    The Clerk shall close the file.

SO ORDERED on November 22, 2019.

                                *s/ Allen Winsor*_____
                                United States District Judge